UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

JOVAN MENDIZABAL,

    Plaintiff,

v.                                                        3:06-cv-345

WARREN MAYS, *Supervisor,*
*U.S. Marshals Service,* and
EIGHT UNIDENTIFIED PERSONS,
*employees of the Knox County Detention Facility*,

    Defendants.

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the defendant's motion for summary judgment is **GRANTED** and this action is **DISMISSED**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

    **E N T E R:**

                                                      s/ Thomas W. Phillips
                                                      United States District Judge

ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
      CLERK OF COURT